UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          Case No: 1:14-cr-125

v.                HON. JANET T. NEFF

SOCORRO G. MEDINA,

   Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

  The Court has reviewed the Report and Recommendation filed December 31, 2014 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

  THEREFORE, IT IS ORDERED that:

  1.  The Report and Recommendation of the Magistrate Judge (Dkt 78) is APPROVED and ADOPTED as the opinion of the Court.

  2.  Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the Second Superseding Indictment.

  3.  The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  January 21, 2015         /s/Janet T. Neff
                    JANET T. NEFF
                    United States District Judge